# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEE JONES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | Civil Action No. 17-6777 (PGS)<br><br>**MEMORANDUM AND ORDER** |

This matter has come before the Court on Petitioner Lee Jones's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. Petitioner has declared that this Motion sets forth all grounds for relief and is his one, all-inclusive § 2255 motion. The Court has screened the Motion for summary dismissal pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, concluding that it does not "plainly appear[] from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief[.]"

IT IS on this ___7___ day of ___November___, 2017,

**ORDERED** that Respondent shall file a full and complete answer to the Motion within 45 days of the entry of this Order; it is further

**ORDERED** that Respondent shall raise by way of its answer any appropriate defenses that it wishes to have the Court consider, including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; it is further

**ORDERED** that the answer shall be accompanied by certified copies of all notices, opinions, documents, transcripts or recordings of any proceedings, including all documentation that may be material to the questions raised in the Petition; it is further

1

**ORDERED** that Petitioner may file and serve a reply in support of the Motion within 45 days after the answer is filed; and it is further

**ORDERED** that the Clerk shall serve this Order on Petitioner by regular mail.

_____
**Peter G. Sheridan**
**United States District Judge**